PEARLMAN v. WAHLIG & SONSIN CO.

(Supreme Court, Appellate Term, First Department. November 8, 1912.),

LANDLORD AND TENANT (§ 169*)—INJURIES—DEFECTIVE CONDITION OF PREM-
ISES.

Proof that there was ice and snow on the sidewalk in front of an
apartment house, and that a tenant, upon leaving the house, slipped
upon the ice and was injured, and that she afterwards accused the jani-
tor of having thrown soapy water on the sidewalk, does not establish
any cause of action.

[Ed. Note.—For other cases, see Landlord and Tenant, Cent. Dig. §§
644–646, 664–667, 681–684; Dec. Dig. § 169.*]

Appeal from Municipal Court, Borough of the Bronx, Second Dis-
trict.

Action by Florence Pearlman against the Wahlig & Sonsin Com-
pany. From a judgment of the Municipal Court, rendered in favor
of plaintiff, defendant appeals. Reversed, and complaint dismissed,
with costs, and without prejudice to a new action.

Argued October term, 1912, before SEABURY, GUY, and BI-
JUR, JJ.

Carl Schurz Petrasch, of New York City (Sidney L. Teven and
Otto J. Christ, both of New York City, of counsel), for appellant.
Joseph B. Altschul, for respondent.

SEABURY, J. This is an action to recover for personal injuries
alleged to have been caused by the negligence of the defendant.
The defendant is the owner of the premises No. 1199 Fulton ave-
nue, in the borough of the Bronx, and the plaintiff, on January 12,
1912, was a tenant of an apartment in those premises. Upon leav-
ing the house on the day in question, the plaintiff slipped upon the
ice in front of the premises, and fell, and sustained the injuries for
which she seeks to recover in this action.

The fact that the plaintiff slipped and fell on ice, and that there
were snow and ice on the sidewalk, is all that the plaintiff proved,
except that she was allowed to testify to a conversation which
she had with the janitor of the premises several days after the
accident, in which she accused the janitor of having thrown soapy
water on the sidewalk. It is apparent from this recital that this
evidence furnishes no support for a judgment against the defend-
ant. The plaintiff failed to prove any cause of action, and the
complaint should have been dismissed.

Judgment reversed, with costs, and complaint dismissed, with
costs, without prejudice to a new action. All concur.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes